UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| SCOTT KAIRALLA, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MEDICAL OPTICS, INC., JAMES V. MAZZO, RICHARD A. MEIER, HOLGER HEIDRICH, AIMEE S. WEISNER and LEONARD R. BORRMANN<br><br>Defendants. | Case No. 2:07-CV-05569-SJO-PLA<br><br>Class Action<br><br>[Hon. S. James Otero]<br><br>**STIPULATION CONCERNING DISMISSAL**<br><br>Place: Courtroom 880 |

1  WHEREAS plaintiff filed the above entitled purported class action on August 24, 2007;

2  WHEREAS the Court appointed NECA-IBEW Pension Fund (The Decatur Plan) ("NECA") to serve as lead plaintiff and approved NECA's selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel on November 27, 2007;

3  WHEREAS NECA filed a Consolidated Complaint for Violation of the Federal Securities Laws (the "Consolidated Complaint") on January 18, 2008;

4  WHEREAS Defendants moved to dismiss the Consolidated Complaint;

5  WHEREAS the Court granted Defendants' motion to dismiss in an Order dated June 6, 2008 (the "Dismissal Order");

6  WHEREAS the Dismissal Order provided that to the extent lead plaintiff amends, lead plaintiff must file an amended complaint on or before July 7, 2008;

7  WHEREAS lead plaintiff did not file an amended complaint on or before July 7, 2008;

8  WHEREAS lead plaintiff and Defendants have agreed that lead plaintiff will dismiss this case with prejudice provided that Defendants agree not to seek costs, fees, and/or sanctions, including those contemplated under Rule 11 of the Federal Rules of Civil Procedure, from lead plaintiff or its counsel in connection with this case and agree that based upon the publicly-available information at the time, the action was filed in good faith and was not frivolous;

9  WHEREAS neither lead plaintiff nor its counsel are receiving any consideration whatsoever, either direct or indirect, in connection with this dismissal; and

10 WHEREAS no plaintiff has moved for class certification and no class has been certified.

1  NOW THEREFORE, it is hereby stipulated and agreed by and between the
2  parties hereto, by their undersigned attorneys, that:

3  a) This action, the Consolidated Complaint, and each complaint filed herein
4  shall be dismissed in their entirety with prejudice.

5  b) Lead plaintiff agrees that it will not assert, in this or any other court, any
6  claims or causes of action, or any kind whatsoever, whether known or unknown,
7  which lead plaintiff may now have or have ever had, against any named defendant or
8  their counsel, relating to or arising out of or in connection with any of the claims,
9  facts, matters, omissions, or occurrences referred to in, or that could have been raised
10 in, or which are the subject matters of, this action.

11 c) Defendants agree not to seek costs, fees, and/or sanctions, including
12 those contemplated under Rule 11 of the Federal Rules of Civil Procedure, from lead
13 plaintiff or its counsel in connection with this case.

14 d) Defendants further agree that based upon the publicly-available
15 information at the time, the action was filed in good faith and was not frivolous.

DATED: July 11, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ (with authorization)
Daniel S. Drosman
ddrosman@csgrr.com
655 West Broadway, Suit 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Lead Plaintiff
NECA-IBEW Pension Fund (The Decatur Plan) and plaintiff Scott Kairalla

Filer's Attestation: Pursuant to General Order No. 07-08, Section X(B) regarding signatures, Richard H. Zelichov hereby attests that concurrence in the filing of this document has been obtained.

STIPULATION CONCERNING DISMISSAL

3

DATED: July 11, 2008

KATTEN MUCHIN ROSENMAN LLP

By:   /s/
    Richard H. Zelichov
    KATTEN MUCHIN ROSENMAN LLP
    2029 Century Park East, Suite 2600
    Los Angeles, California 90067
    Telephone:   (310) 788-4400
    Facsimile:   (310) 788-4471

Attorneys for Defendants
ADVANCED MEDICAL OPTICS, INC.,
JAMES V. MAZZO, RICHARD A. MEIER,
AIMEE S. WEISNER AND
LEONARD R. BORRMANN

STIPULATION CONCERNING DISMISSAL

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I electronically filed the foregoing STIPULATION CONCERNING DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List.

<u>s/RICHARD H. ZELICHOV</u>

**RICHARD H. ZELICHOV**

KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Tel 310.788.4400
Fax 310.788.4471
richard.zelichov@kattenlaw.com

31343751

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION
IN RE SCOTT KAIRALLA v. ADVANCED MEDICAL OPTICS, etc.
CASE #: 2:07-CV-05569-SJO-PLA

**SERVICE LIST**
**Electronic Mail Notice List**

| | |
|---|---|
| David Walton<br>Lerach Coughlin et al<br>655 West Broadway, Suite 1900<br>San Diego CA 92101-3301 | P: (619) 231-1058<br>F: (619) 231-7423<br>davew@csgrr.com |
| Ex Kano Sams<br>Coughlin Stoia, et al.<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles CA 90210 | P: (310) 859-3100<br>F: (310) 278-2148<br>exkanos@csgrr.com<br>keagen@csgrr.com |
| Richard Zelichov<br>Katten Muchin & Rosenman<br>2029 Century Park East, Suite 2600<br>Los Angeles CA 90067 | P: (310) 788-4680<br>F: (310) 788-4471<br>rzelichov@kattenlaw.com<br>sandy.broff@kattenlaw.com<br>Adam.henderson@kattenlaw.com |
| Tricia L. McCormick<br>Lerach Coughlin et al.<br>655 West Broadway, Suite 1900<br>San Diego CA 92101-3301 | P: (619) 231-1058<br>F: (619) 231-7423<br>triciam@csgrr.com |
| Darren J. Robbins<br>Lerach Coughlin et al.<br>655 West Broadway, Suite 1900<br>San Diego CA 92101-3301 | P: (619) 231-1058<br>F: (619) 231-7423<br>e_file_sd@csgrr.com |
| Daniel S. Drosman<br>Lerach Coughlin et al.<br>655 West Broadway, Suite 1900<br>San Diego CA 92101-3301 | P: (619) 231-1058<br>F: (619) 231-7423<br>ddrosman@csgrr.com<br>tholindrake@csgrr.com |
| Sean K. Collins<br>Coughlin Stoia et al.<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles CA 90210 | P: (310) 859-3100<br>F: (310) 278-2148<br>scollins@csgrr.com |

| | |
|---|---|
| Catherine J. Kowalewski<br>Lerach Coughlin et al.<br>655 West Broadway, Suite 1900<br>San Diego CA 92101-3301 | P: (619) 231-1058<br>F: (619) 231-7423<br>katek@csgrr.com |
| Sean Kennedy Collins<br>Lerach Coughlin et al.<br>655 West Broadway, Suite 1900<br>San Diego CA 92101-3301 | P: (619) 231-1058<br>F: (619) 231-7423<br>scollins@csgrr.com |