JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| SCOTT KAIRALLA, Individually and On Behalf of All Others Similarly Situated<br><br>    Plaintiff,<br><br>  vs.<br><br>ADVANCED MEDICAL OPTICS, INC., JAMES V. MAZZO, RICHARD A. MEIER, HOLGER HEIDRICH, AIMEE S. WEISNER and LEONARD R. BORRMANN<br><br>    Defendants. | Case No. 2:07-CV-05569-SJO-PLA<br><br>Class Action<br><br>[Hon. S. James Otero]<br><br>**ORDER CONCERNING DISMISSAL**<br><br>Place: Courtroom 880 |

1   IT IS HEREBY ORDERED THAT:

2          1)      This action, the Consolidated Complaint, and each complaint filed herein

3   shall be dismissed in their entirety with prejudice.

4                                                          /S/  S. James Otero

5   Dated:          July_11_, 2008
                                                          _____
6                                                          The Honorable S. James Otero
                                                          United States District Court
7                                                          Central District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Katten
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

[PROPOSED] ORDER RE DISMISSAL